Submitted May 1, reversed July 8, 2009

In the Matter of H. E. H.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

H. E. H.,
*Appellant.*

Lane County Circuit Court
300811980; A139356

211 P3d 982

James A. Palmer filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Justice J. Rillera, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The trial court ordered that appellant be involuntarily committed because she is mentally ill, specifically here, that she suffers from a mental disorder that makes her dangerous to others. ORS 426.005(1)(d). On appeal, appellant argues that there is insufficient evidence to support the order of involuntary commitment. The state concedes the insufficiency of the evidence. On *de novo* review, *State v. O'Neill,* 274 Or 59, 61, 545 P2d 97 (1976), we agree that the evidence is not clear and convincing that appellant is mentally ill on the alleged basis.

Reversed.